UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Traci Rubin,

       Plaintiff,                                                     Case No. 09-11446

v.                                                                         Hon. Nancy G. Edmunds

Commissioner of Social Security

       Defendants.
_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, the findings of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

       SO ORDERED.


                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: December 9, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2010, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager